# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

In re:  QUINTERO, DAVID J. § Case No. 11-19252-BKC-AJC

§

§

Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

Barry E. Mukamal, chapter 7 trustee, submits this Final Account,
Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report
and, if applicable, any order of the Court modifying the Final Report. The case is fully
administered and all assets and funds which have come under the trustee's control in this case
have been properly accounted for as provided by law. The trustee hereby requests to be
discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims
discharged without payment, and expenses of administration is provided below:

Assets Abandoned:  $224,324.00 Assets Exempt:  $222,219.00
*(without deducting any secured claims)*

Total Distribution to Claimants:$2,981.00 Claims Discharged
Without Payment: $69,393.63

Total Expenses of Administration:$1,519.03

3)  Total gross receipts of $       4,500.03     (see **Exhibit 1** ), minus funds paid to the debtor
and third parties of $        0.00     (see **Exhibit 2**), yielded net receipts of  $4,500.03
from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $193,217.65 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,519.03 | 1,519.03 | 1,519.03 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 65,662.73 | 32,200.05 | 32,200.05 | 2,981.00 |
| **TOTAL DISBURSEMENTS** | $258,880.38 | $33,719.08 | $33,719.08 | $4,500.03 |

4)  This case was originally filed under Chapter 7 on April 05, 2011. The case was pending for 27 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/03/2013          By: /s/Barry E. Mukamal
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| CHASE A/N 4234 | 1129-000 | 1,665.00 |
| 2008 MAZDA 3 | 1129-000 | 2,835.00 |
| Interest Income | 1270-000 | 0.03 |
| **TOTAL GROSS RECEIPTS** | | $4,500.03 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

## EXHIBIT 3 —SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Chase Home Finance | 4110-000 | 193,217.65 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $193,217.65 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Barry E. Mukamal, Trustee | 2100-000 | N/A | 1,125.01 | 1,125.01 | 1,125.01 |
| Barry E. Mukamal | 2200-000 | N/A | 94.02 | 94.02 | 94.02 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $1,519.03 | $1,519.03 | $1,519.03 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 4,231.00 | 4,231.69 | 4,231.69 | 391.77 |
| 2 | Midland Credit Management Inc. | 7100-000 | 2,776.00 | 2,775.76 | 2,775.76 | 256.97 |
| 3 | FIA CARD SERVICES N.A. | 7100-000 | 6,271.00 | 5,959.63 | 5,959.63 | 551.73 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | FIA CARD SERVICES N.A. | 7100-000 | 3,909.00 | 3,335.40 | 3,335.40 | 308.78 |
| 5 | Asset Acceptance LLC | 7100-000 | 7,322.15 | 8,038.67 | 8,038.67 | 744.20 |
| 6 | Capital One Bank N.A. | 7100-000 | N/A | 7,023.68 | 7,023.68 | 650.23 |
| 7 | Portfolio Recovery Associates LLC | 7100-000 | 979.00 | 835.22 | 835.22 | 77.32 |
| NOTFILED | Hsbc/Saks | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Gemb/Brd Mrt | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Hsbc/Yamaha | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Ford Cred | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Citi Ctb | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Citi | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | FIA Card Services | 7100-000 | 5,798.63 | N/A | N/A | 0.00 |
| NOTFILED | Discover Fin | 7100-000 | 9,717.00 | N/A | N/A | 0.00 |
| NOTFILED | Hsbc/Yamaha | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | FIA Card Services/Bank of America | 7100-000 | 4,899.46 | N/A | N/A | 0.00 |
| NOTFILED | Ocean Bank Legal Department | 7100-000 | 1.00 | N/A | N/A | 0.00 |
| NOTFILED | Wfcb/Hsn | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Wfnnb/Sporta | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Wfds/Wds | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Target Nb | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Rodolfo J. Miro, Esq. | 7100-000 | 587.00 | N/A | N/A | 0.00 |
| NOTFILED | Sears/Cbsd | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | North Land Group | 7100-000 | 4,231.69 | N/A | N/A | 0.00 |
| NOTFILED | RJM Acquisition, LLC. | 7100-000 | 957.31 | N/A | N/A | 0.00 |
| NOTFILED | Citi | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Louis K. Nicholas II, Esq. | 7100-000 | 350.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Auto | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Applied Bank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Associated Recovery Systems | 7100-000 | 4,783.49 | N/A | N/A | 0.00 |
| NOTFILED | Asset Acceptance Llc (Original Cred | 7100-000 | 7,898.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Bk Of Amer | 7100-000 | 951.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Auto | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Manhattan Mtge | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Auto | 7100-000 | 0.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Chase | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Auto | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Bmw Financial Services | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Cap One | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Chrysler Financial | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $65,662.73 | $32,200.05 | $32,200.05 | $2,981.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 11-19252-BKC-AJC | **Trustee:**    (290830)    Barry E. Mukamal |
| **Case Name:**    QUINTERO, DAVID J. | **Filed (f) or Converted (c):** 04/05/11 (f) |
| | **§341(a) Meeting Date:**    05/09/11 |
| **Period Ending:** 07/02/13 | **Claims Bar Date:**    09/13/11 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 15985 SW 140 STREET, MIAMI, FL 33196-6467 | 220,219.00 | 0.00 | | 0.00 | FA |
| 2 | CASH ON HAND | 20.00 | 0.00 | | 0.00 | FA |
| 3 | CHASE A/N 4234<br>  Joint with non-filing party. | 240.61 | 1,710.61 | | 1,665.00 | FA |
| 4 | HOUSEHOLD GOODS AND FURNISHINGS | 850.00 | 0.00 | | 0.00 | FA |
| 5 | WEARING APPAREL | 50.00 | 50.00 | | 0.00 | FA |
| 6 | JEWELRY | 10.00 | 10.00 | | 0.00 | FA |
| 7 | 2008 MAZDA 3<br>  Joint with non-filing spouse. Geico Insurance; policy<br>  #4201-58-13-39; expires 07/24/13 | 7,410.00 | 6,750.00 | | 2,835.00 | FA |
| 8 | 1995 NISSAN QUEST<br>  Report of abandonment on file with the court ECF<br>  17. | 3,175.00 | 3,175.00 | OA | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 0.03 | FA |
| **9** | **Assets    Totals** (Excluding unknown values) | **$231,974.61** | **$11,695.61** | | **$4,500.03** | **$0.00** |

**Major Activities Affecting Case Closing:**

   12 monthly installment payments of $375.00, beginning 06/20/11, concluding 05/20/12, for a total settlement of $4,500.00, court ordered 07/13/11.

   Claims review complete.  No tax return required.

**Initial Projected Date Of Final Report (TFR):**    August 31, 2012          **Current Projected Date Of Final Report (TFR):**    September 28, 2012  (Actual)

| | |
|---|---|
| _____<br>July 2, 2013<br>Date | /s/ Barry E. Mukamal<br>_____<br>Barry E. Mukamal |

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| | |
|---|---|
| Case Number: | 11-19252-BKC-AJC |
| Case Name: | QUINTERO, DAVID J. |
| | |
| Taxpayer ID #: | **-***8499 |
| Period Ending: | 07/02/13 |

| | |
|---|---|
| Trustee: | Barry E. Mukamal (290830) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******18-65 - Checking Account |
| Blanket Bond: | $1,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| 06/16/11 | | David Quintero | Payment #1; court ordered 07/13/11 | | | 375.00 | | 375.00 |
| | {3} | | Allocation Asset #3 | 139.00 | 1129-000 | | | 375.00 |
| | {7} | | Allocation Asset #7 | 236.00 | 1129-000 | | | 375.00 |
| 07/20/11 | | David Quintero | Payment #2; court ordered 07/13/11 | | | 375.00 | | 750.00 |
| | {3} | | Allocation Asset #3 | 139.00 | 1129-000 | | | 750.00 |
| | {7} | | Allocation Asset #7 | 236.00 | 1129-000 | | | 750.00 |
| 08/18/11 | | David Quintero | Payment #3; court ordered 07/13/11 | | | 375.00 | | 1,125.00 |
| | {3} | | Allocation Asset #3 | 139.00 | 1129-000 | | | 1,125.00 |
| | {7} | | Allocation Asset #7 | 236.00 | 1129-000 | | | 1,125.00 |
| 09/27/11 | | David Quintero | Payment #4; court ordered 07/13/11 | | | 375.00 | | 1,500.00 |
| | {3} | | Allocation Asset #3 | 139.00 | 1129-000 | | | 1,500.00 |
| | {7} | | Allocation Asset #7 | 236.00 | 1129-000 | | | 1,500.00 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 1,475.00 |
| 10/25/11 | | David Quintero | Payment #5; court ordered 07/13/11 | | | 375.00 | | 1,850.00 |
| | {3} | | Allocation Asset #3 | 139.00 | 1129-000 | | | 1,850.00 |
| | {7} | | Allocation Asset #7 | 236.00 | 1129-000 | | | 1,850.00 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 1,825.00 |
| 11/22/11 | | David Quintero | Payment #6, court ordered 07/13/11 | | | 375.00 | | 2,200.00 |
| | {3} | | Allocation Asset #3 | 139.00 | 1129-000 | | | 2,200.00 |
| | {7} | | Allocation Asset #7 | 236.00 | 1129-000 | | | 2,200.00 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | | 1270-000 | 0.01 | | 2,200.01 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 2,175.01 |
| 12/28/11 | | David Quintero | Payment #7; court ordered 07/13/11 | | | 375.00 | | 2,550.01 |
| | {3} | | Allocation Asset #3 | 139.00 | 1129-000 | | | 2,550.01 |
| | {7} | | Allocation Asset #7 | 236.00 | 1129-000 | | | 2,550.01 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | | 1270-000 | 0.01 | | 2,550.02 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 2,525.02 |
| 01/26/12 | | David J Quintero | Payment #8; court ordered 07/13/11 | | | 375.00 | | 2,900.02 |
| | {3} | | Allocation Asset #3 | 139.00 | 1129-000 | | | 2,900.02 |
| | {7} | | Allocation Asset #7 | 236.00 | 1129-000 | | | 2,900.02 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | | 1270-000 | 0.01 | | 2,900.03 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 2,875.03 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 2,850.03 |
| 03/06/12 | | David J Quintero | Payment #9; court ordered 07/13/11 | | | 375.00 | | 3,225.03 |
| | {3} | | Allocation Asset #3 | 139.00 | 1129-000 | | | 3,225.03 |
| | {7} | | Allocation Asset #7 | 236.00 | 1129-000 | | | 3,225.03 |
| 03/27/12 | {3} | David J Quintero | Payment #10; court ordered 07/13/11 | | 1129-000 | 375.00 | | 3,600.03 |

| | | | | | Subtotals : | $3,750.03 | $150.00 | |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case Number: | 11-19252-BKC-AJC | |
| Case Name: | QUINTERO, DAVID J. | |
| | | |
| Taxpayer ID #: | **-***8499 | |
| Period Ending: | 07/02/13 | |

| | |
|---|---|
| Trustee: | Barry E. Mukamal (290830) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******18-65 - Checking Account |
| Blanket Bond: | $1,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| 03/27/12 | | David J Quintero | Payment #10; court ordered 07/13/11 | | | 375.00 | | 3,975.03 |
| | {3} | | Allocation Asset #3 | 39.00 | 1129-000 | | | 3,975.03 |
| | {7} | | Allocation Asset #7 | 336.00 | 1129-000 | | | 3,975.03 |
| 03/27/12 | {7} | David J. Quintero | Payment #10; court ordered 07/13/11 | | 1129-000 | 375.00 | | 4,350.03 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 4,325.03 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 4,300.03 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 4,275.03 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 4,250.03 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 4,225.03 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 4,200.03 |
| 12/03/12 | 1001 | Discover Bank | Dividend paid  9.25% on $4,231.69; Claim# 1; Filed: $4,231.69; Reference: Claim Reference}, court ordered fees 11/30/12. | | 7100-000 | | 391.77 | 3,808.26 |
| 12/03/12 | 1002 | Midland Credit Manangement Inc. | Dividend paid  9.25% on $2,775.76; Claim# 2; Filed: $2,775.76; Reference: Claim Reference}, court ordered fees 11/30/12. | | 7100-000 | | 256.97 | 3,551.29 |
| 12/03/12 | 1003 | FIA CARD SERVICES N.A. | Dividend paid  9.25% on $5,959.63; Claim# 3; Filed: $5,959.63; Reference: Claim Reference}, court ordered fees 11/30/12. | | 7100-000 | | 551.73 | 2,999.56 |
| 12/03/12 | 1004 | FIA CARD SERVICES N.A. | Dividend paid  9.25% on $3,335.40; Claim# 4; Filed: $3,335.40; Reference: Claim Reference}, court ordered fees 11/30/12. | | 7100-000 | | 308.78 | 2,690.78 |
| 12/03/12 | 1005 | Asset Acceptance LLC | Dividend paid  9.25% on $8,038.67; Claim# 5; Filed: $8,038.67; Reference: Claim Reference}, court ordered fees 11/30/12. | | 7100-000 | | 744.20 | 1,946.58 |
| 12/03/12 | 1006 | Capital One Bank N.A. | Dividend paid  9.25% on $7,023.68; Claim# 6; Filed: $7,023.68; Reference: Claim Reference}, court ordered fees 11/30/12. | | 7100-000 | | 650.23 | 1,296.35 |
| 12/03/12 | 1007 | Portfolio Recovery Associates LLC | Dividend paid  9.25% on $835.22; Claim# 7; Filed: $835.22; Reference: Claim Reference}, court ordered fees 11/30/12. | | 7100-000 | | 77.32 | 1,219.03 |
| 12/03/12 | 1008 | Barry E. Mukamal | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | | 1,219.03 | 0.00 |
| | | | Dividend paid 100.00% on $1,125.01;  Claim# ; Filed: $1,125.01 | 1,125.01 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00% on $94.02;  Claim# ; | 94.02 | 2200-000 | | | 0.00 |
| | | | | Subtotals : | | $750.00 | $4,350.03 | |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 11-19252-BKC-AJC |
| **Case Name:** | QUINTERO, DAVID J. |
| **Taxpayer ID #:** | **-***8499 |
| **Period Ending:** | 07/02/13 |

| | |
|---|---|
| **Trustee:** | Barry E. Mukamal (290830) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-******18-65 - Checking Account |
| **Blanket Bond:** | $1,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Filed: $94.02 | | | | |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 4,500.03 | 4,500.03 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 4,500.03 | 4,500.03 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$4,500.03** | **$4,500.03** | |

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case Number: | 11-19252-BKC-AJC | |
| Case Name: | QUINTERO, DAVID J. | |
| | | |
| Taxpayer ID #: | **-***8499 | |
| Period Ending: | 07/02/13 | |

| | |
|---|---|
| Trustee: | Barry E. Mukamal (290830) |
| Bank Name: | Rabobank, N.A. |
| Account: | ****460266 - Checking Account |
| Blanket Bond: | $1,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $0.00 | |

| | |
|---|---|
| Net Receipts : | 4,500.03 |
| Net Estate : | $4,500.03 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # 9200-*****18-65** | 4,500.03 | 4,500.03 | 0.00 |
| **Checking # ****460266** | 0.00 | 0.00 | 0.00 |
| | $4,500.03 | $4,500.03 | $0.00 |